IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 22 2015
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:15-MJ-233 |
| ISMAEL RICO (01) | |

## CRIMINAL COMPLAINT

On or about May 19, 2015, in the Northern District of Texas, defendant **Ismael Rico** did knowingly and intentionally possess with the intent to distribute fifty (50) grams or more of a mixture containing a detectable amount of Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

I, Special Agent Chris Smith, Affiant, state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and that the statements set forth in this affidavit are true and correct to the best of my knowledge.

1. On May 19, 2015, a Cooperating Individual (CI) identified **Ismael Rico** as source of methamphetamine supply. The CI, under the direction of law enforcement officials, contacted **Rico** and negotiated the delivery of two (2) kilograms of methamphetamine to a predetermined location.

2. ATF Special Agents conducted surveillance of the predetermined location and observed **Rico** arrive in a 2010, White, GMC, Denali, pickup truck bearing Texas license plate number BM46105. Agents observed **Rico** remove a white Walmart plastic bag from the vehicle and walk across the parking lot to the apartment stair well at the predetermined location.

3. Agents observed **Rico** on the mobile phone attempting to contact the CI. Agents were monitoring the CI's mobile phone calls. After a short period of time, Agents observed **Rico** run from the predetermined location into an adjacent neighborhood with the white Walmart bag in his hands.

4. Agents searched the area of the neighborhood where **Rico** was last seen and recovered a white Walmart bag. The white Walmart bag contained approximately 2,015.65 grams of methamphetamine.

**Complaint – Page 1**

5. Texas Department of Public Safety Trooper R. Barber, deployed his k-9 partner Vori, to do an open air sniff of the vehicle operated by **Rico**. Trooper Barber confirmed that K-9 alerted to the presence of illegal narcotics.

6. On May 20, 2015, Texas Department of Public Safety obtained a State search warrant for the 2010, white, GMC, Denali, pickup truck bearing Texas license plate number BM46105. The above vehicle is registered to Francisco Rico, **Ismael Rico**'s brother. During the search of the vehicle, Agents located several documents in the name of **Ismael Rico**, to include proof of insurance for the vehicle.

7. Based upon the foregoing, probable cause exists to believe that **Ismael Rico** has violated 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

Chris Smith, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

May 22, 2105 at   10:30 am                                Fort Worth, Texas
Date and Time Issued                                      City and State

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                        Signature of Judicial Officer

**Complaint – Page 2**