**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **4:15-MJ-233-BJ (01)** |
| | § | |
| **ISMAEL RICO** | § | |

**ENTRY OF APPEARANCE AS CO-COUNSEL**

    I wish to enter my appearance as retained co-counsel for the above-named defendant in this cause.

    I understand that it is my duty to continue to represent the above-named defendant in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant with any appeal which the defendant desires to perfect, and to represent the defendant on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

    In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

Dated: June 1, 2015.

                                               Respectfully submitted,

                               BY:    /s/ Peter A. Lesser
                                                 PETER A. LESSER
                                                 State Bar No. 12234500
                                                 8344 E. R.L. Thornton Frwy.
                                                 Suite 403
                                                 Dallas, Texas 75228
                                                 (214) 640-3066

                                                 ATTORNEYS FOR DEFENDANT
                                                 PETER A. LESSER

Entry of Appearance as Co-Counsel - page solo